NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**P2I LTD.,**
*Appellant*

**v.**

**JIANGSU FAVORED NANOTECHNOLOGY CO., LTD.,**
*Appellee*

---

2025-1865

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-00380.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court within the time permitted by the rules, it is

2    P2I LTD. V. JIANGSU FAVORED NANOTECHNOLOGY CO., LTD.

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

July 18, 2025
Date

Jarrett B. Perlow
Clerk of Court